# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**Case No: 4:18cr57-MW**

v.

**JOSEPH SIDES**

_____/

## STATEMENT OF FACTS

The defendant admits that if this case were to proceed to trial, the government could prove the following beyond a reasonable doubt.

Defendant Joseph Sides committed the offense of conspiracy to commit mail fraud by creating approximately 501 different accounts with Amazon.com (Amazon) using false names and email addresses. The defendant used the accounts to order merchandise through Amazon's website. While a variety of items were ordered, the defendant would often purchase Go Pro cameras, iPads, and gaming consoles, such as Xbox or Playstation consoles, as well as other electronic consumer items.

The defendant would pay for the items using prepaid credit/debit cards and gift cards. The defendant would direct Amazon to mail the merchandise to United Parcel Service (UPS) stores and to addresses used by himself and his friends. The merchandise was shipped via the United States Post Office, UPS and other interstate carriers. During the scheme, the defendant used several different addresses

FILED IN OPEN COURT THIS
April 1, 2019
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

including his apartments in Tallahassee and then later in Boca Raton, UPS stores in Tallahassee and Boca Raton, addresses of friends, and his parents' address. The defendant would alter the addresses by adding extra characters or spelling out numbers. For example, during one transaction, the defendant altered his parents' address by adding "B3738" before the street number and before the city name. He also misspelled the street name by adding an extra letter.

Sometimes the defendant would receive the merchandise at his residence, while other times the defendant or a friend of his would pick up the merchandise from locations such as UPS stores. After receiving the merchandise, the defendant would then contact Amazon and claim that the merchandise was not received, that it was damaged, or that the merchandise or delivery was defective in some other way, despite the fact that the merchandise had been received and was in good condition. The defendant would then either receive a replacement item, a refund, or some other form of concession from Amazon. The defendant would then sell the merchandise he received from Amazon on various internet sites such as eBay, Craigslist, and Gameflip.

The scheme came to the attention of law enforcement in 2016 when agents with the Florida Department of Law Enforcement (FDLE) noticed several gaming consoles being advertised on Craigslist in Tallahassee as new but below the market

value. FDLE began an investigation and conducted an undercover purchase from the defendant's roommate. During the investigation, FDLE discovered that between March 2016 and March 2017, the defendant received approximately 198 packages in Tallahassee from Amazon. A few of the packages went to the defendant's Tallahassee home address, but most of the packages went to a Tallahassee UPS Store on Ocala Road or to the address of the defendant's friend, Jessie Delgado. During this same timeframe, the defendant also receive approximately 260 packages from Amazon at his parents address in Boca Raton, Florida. The total number of packages purchased from Amazon by the defendant during this initial one-year period was 464 packages. Out of that number, the defendant received 313 concessions from Amazon. The primary reasons for the concessions (220 of the 313 concessions) were "delivered not received" and "item missing."

During 2017, the defendant moved from Tallahassee back to Boca Raton where he continued this scheme. He first moved into his parents' residence and then into an apartment in Boca Raton. The defendant made numerous orders from Amazon after returning to Boca Raton and had them sent to his parents address, to a UPS store, and later to his apartment.

On June 15, 2018, FDLE and the United State Postal Inspection Service conducted a search warrant at the defendant's apartment in Boca Raton. The agents

discovered numerous electronics items, including Go Pro cameras, iPads, and other items which were the subject of recent Amazon orders. The agents also discovered prepaid visa cards and gift cards. Searches were also conducted of the defendant's phone, which revealed evidence consistent with the purchases from Amazon.

Interviews were conducted with associates of the defendant including Paul Pariti, Anthony Monti, Jessie Delgado, and Thomas Pietrandrea. The defendant was compensating his friends for assisting him in the online sale of merchandise he obtained from Amazon. Delgado was also allowing the defendant to ship merchandise to his residence in Tallahassee and picking up merchandise shipped to UPS. Pariti and Monti were assisting the defendant by selling Amazon merchandise online, and both were aware that the defendant was making false claims to Amazon in order to receive refunds and replacement merchandise.

**Examples of Fraudulent Transactions**

Example One – On February 1, 2018, the defendant placed an order for a 'GoPro HERO6 Black' with a price of $426.93 using an American Express Prepaid Gift Card. This Go Pro was delivered on February 4, 2018. The delivery address as entered by the customer was a variation of the defendant's parents' address in Boca Raton, Florida. Amazon's Customer Service was contacted on February 3, 2018, with a request for a refund because the item was allegedly damaged by the shipper.

However, the request was made the day before the Go Pro was actually delivered. A refund in the amount of $426.93 was provided by electronic gift card. On February 3, 2018, that electronic gift card was used to order another "GoPro HERO6 Black" along with a "Whole Foods Market $25 Gift Card" together totaling $424.00. The same address provided for delivery was used, and the second Go Pro and the Gift Card were delivered on February 5, 2018. According to Amazon's records, the Go Pro that was claimed as "damaged" was not returned. As a result, this account was closed on February 6, 2018, for abuse of Amazon policies.

Example Two – On February 1, 2018, the defendant placed another order for a "GoPro HERO6 Black" for $437.92, using an American Express Prepaid Gift Card using a different Amazon account. This order was made using the same IP address as used in Example One above, and was also sent to the defendant's parents' address. However, a slightly different variation of the address was used. The Go Pro was delivered on February 3, 2018. However, on February 2, 2018, again prior to the delivery date, the defendant contacted Amazon's Customer Service and reported that the item was damaged by the shipper. Again, the defendant was given a refund of $437.92 by means of electronic gift card.

**Summary**

In total, between on or about March 1, 2016, and on or about June 15, 2018, the defendant placed 1227 orders with Amazon and obtained 821 refunds, replacement items, or other concessions on those orders. In doing so, the defendant fraudulently obtained approximately $229,391.42 in merchandise, merchandise replacements, and refunds from Amazon.

## ELEMENTS

Conspiracy to Commit Wire Fraud – 18 U.S.C. § 1349

(1) Two or more persons, in some way or manner, agreed to try to accomplish a common and unlawful plan to commit mail fraud, as charged in the indictment; and

(2) the Defendant knew the unlawful purpose of the plan and willfully joined in it.

|  |  |
|---|---|
|  | LAWRENCE KEEFE<br>United States Attorney |
| April 1, 2019<br>Date | GARY MILLIGAN<br>District of Columbia Bar No. 484813<br>Assistant United States Attorney<br>Northern District of Florida<br>111 N. Adams, Fourth Floor<br>Tallahassee, Florida 32301<br>850-942-8430<br>Gary.Milligan@usdoj.gov |
| 4/1/19<br>Date | RYAN R. DAVIS<br>Attorney for Defendant |
| 4-1-19<br>Date | JOSEPH SIDES<br>Defendant |

7