4:18cr57

Dear Honorable Mark E. Walker,

I am writing this letter today to ask for my federal probation to be terminated early. I have been reporting to a pre-trial officer since September of 2018 and to a probation officer since August of 2019. I have followed all the conditions imposed since the first day I was released and haven't had any violations whatsoever. Some of the good behavior I have shown include but are not limited to the following:

I've paid all restitution owed to Amazon along with court fines and assessments.

I've consistently maintained gainful employment working 30+ hours a week.

I've completed all of my 400 hours of community service.

I've had multiple random drug tests along with unannounced probation visitations.

I've done daily backups of my phone under the CIMP program.

I haven't incurred any new credit charges and have begun to pay some collections accounts off.

I've been on time with my monthly reports.

August 5th, 2020 marks one year of probation completed

I believe I have shown to the court I can be a productive member of society without the court watching over me. It is my intent to pursue a new career if let off probation as I'm currently underemployed and can barely afford my bills. I would like to get my CDL class A license and pursue a career in trucking. Once licensed I think it would be difficult to both be reporting my whereabouts to probation and have a job requiring me to travel all across the country. I have contacted a few companies who offer CDL training and I'll most likely have to relocate to wherever they need me once I complete the program. I hope the court can grant me this motion and allow me to move forward with this opportunity.

Thank you,

Joseph Sides

8.4.2020

**Extremely Urgent**

This envelope is for use with the following services:

- UPS Next Day Air®
- UPS Worldwide Express℠
- UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:

- **UPS Ground**
- **UPS Standard**
- **UPS 3 Day Select®**
- **UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

eupsstore.com to find a location near you.

**Shipments**

y for the Letter rate, UPS Express Envelopes may only contain ndence, urgent documents, and/or electronic media, and must oz. or less. UPS Express Envelopes containing items other than ted or weighing more than 8 oz. will be billed by weight.

**nal Shipments**

Express Envelope may be used only for documents of no commercial ertain countries consider electronic media as documents. Visit /importexport to verify if your shipment is classified as a document.

y for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less ess Envelopes weighing more than 8 oz. will be billed by weight.

ess Envelopes are not recommended for shipments of electronic med sensitive personal information or breakable items. Do not send cash uivalent.

---

JOSEPH SIDES
(561) 699-2994
THE UPS STORE #6752
STE 200
7495 W. ATLANTIC AVE
DELRAY BEACH  FL  33446

1 LBS     1 OF 1
SHP WT: 1 LBS
DATE: 31 JUL 2020

SHIP  HONORABLE MARK E. WALKER
TO:   UNITED STATES COURTHOUSE
      111 N ADAMS ST

      TALLAHASSEE FL 32301-7736

      FL 323 0-01

UPS GROUND
TRACKING #: 1Z 3Y1 942 03 1735 6884

BILLING: P/P

REF #1: SP