IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEEDIVISION

UNITED STATES OF AMERICA,

v.                                                            Case No. 4:18cr57-MW

JOSEPH SIDES,

    Defendant.
_____/

### ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This Court has considered, without hearing, Defendant's *pro se* Motion for Early Termination of Supervised Release. ECF No. 54.

18 U.S.C. § 3583(e) provides as follows:

The Court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7)—

(1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

Having considered the record in this case and the factors set forth above, this Court finds that an early termination of supervised release is not warranted and is not in the interest of justice at this time. Accordingly,

**IT IS ORDERED:**

1

Defendant's Motion for Early Termination of Supervised Release, ECF No. 54, is **DENIED**.  If Defendant maintains a spotless record for another year then Defendant is encouraged to resubmit the motion after he has completed two years on supervision.  The Clerk shall close the file.

**SO ORDERED on August 10, 2020.**

<u>s/Mark E. Walker</u>            
**Chief United States District Judge**