Dear Honorable Mark E. Walker,

4:18 CR 57

    Last year you encouraged me to reapply for early termination of probation after another year if I had no violations, therefore I am writing you this letter with the request to be released from probation.

    Although I have been underemployed, I have maintained gainful employment throughout the entirety of pre-trial supervision, as well as during my two years of probation, despite the challenges that came with working throughout the pandemic.

    Probation has given me a second chance to start over, turn my life around and prove to myself and the court that I can be a law-abiding citizen who can benefit society. Committing fraud was the worst decision I have ever made and as a result of my mistakes, I will have to deal with the impact of having a felony on my record for the rest of my life.

    My behavior and felony record have cost me countless job opportunities, friendships, and relationships, as well as the trust of people who have learned about my previous actions. It is difficult to tell people I have a record, not only because it is embarrassing but because I know that I will be judged immediately and oftentimes thought of as a second-class citizen.

    I have goals and aspirations that I still wish to fulfill, and I have been counting down the days until I could write this letter again so that I may hopefully get a chance to work on reaching my goals. Some goals I have once I am let off probation include starting a career, starting a small business, repairing my credit so that I can eventually own a home, moving out of state and one day starting a family. All of the goals I currently have are stuck on hold while I am on probation, especially my career choice of becoming a licensed CDL driver because of the traveling that is required.

    I truly believe that I have proven that it is in the best interest of the justice system to grant my request for my probation to be terminated early. I am deterred from further criminal behavior, I have followed all terms of my probation while living my life as a law-abiding citizen every day (rehabilitation),

FILED USDC FLND TL
AUG 4 '21 AM8:26

and the restitution to Amazon was paid in full. I do not think I am a threat to society and I believe I will benefit society to a greater extent once I am let off probation. Even if my request for early termination is denied, I intend to continue to prove that I can benefit society as much as possible. Thank you for considering my request.

Sincerely,

Joseph Sides