IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                Case No.: 4:18cr57-MW/CAS

JOSEPH SIDES,

    *Defendant.*
_____/

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This Court has considered, without hearing, Defendant's *pro se* Motion Requesting Early Termination of Supervised Release. ECF No. 60. The Government filed an expedited response, ECF No. 62, in accordance with this Court's order, ECF No. 61. This Court has also considered a fact memorandum provided by the U.S. Probation Office. The Government objects to early termination, notwithstanding Defendant's full compliance with, and satisfaction of, his conditions of supervision. ECF No. 62 at 4. Defendant's supervising officer from the Southern District of Florida does not oppose early termination.

This Court recognizes that Defendant has served just over two of his five years of supervised release. But the fact memorandum prepared for this Court and provided by Probation shows Defendant has also done everything that has been asked of him, including but not limited to complying with the terms of supervision,

not testing positive for drugs, paying restitution in full, and completing 400 community service hours. Had Probation provided notice that Defendant spent his time on supervision in a less constructive way, this Court would approach his early termination request differently. This Court is unpersuaded by the Government's objection that Defendant should remain on supervision for the sake of more supervision, given his success over the past two years. Accordingly, having considered all the § 3553(a) factors, this Court **GRANTS** Defendant's motion, ECF No. 60, over the Government's objection and terminates Defendant's supervision effectively immediately. The Clerk shall close the file.

    **SO ORDERED on August 10, 2021.**

                                              **s/Mark E. Walker**
                                              **Chief United States District Judge**